■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERSON SERRANO, Appellant. [10 NYS3d 448]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Koenderman, J.), imposed March 5, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]). Although the defendant has served the sentence imposed, in light of the collateral immigration consequences to him, the question of whether the defendant's sentence was excessive is not academic (*see People v Cardenas*, 123 AD3d 940 [2014]). However, considering all of the relevant circumstances of this matter, including the collateral immigration consequences to the defendant (*see People v Weston*, 98 AD3d 1066 [2012]; *People v Bakare*, 280 AD2d 679 [2001]; *People v Cuaran*, 261 AD2d 169 [1999]), the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.